**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 27, 2023


Mr. Ryan Bennett Driskill

Ms. Kathleen Kim

Mr. Thomas O. Shepherd Jr.

Mr. H. Brett Stonecipher

> Re: Case No. 23-3233, *Peabody Coal Company, et al v. OWCP, et al*
> Originating Case No. 20-0479 BLA

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Robin Baker, Case Manager


Enclosure